MAGGY M. ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

ALYSSA S. GJEDSTED, Bar No. 284588
agjedsted@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Attorneys for Defendants,
AMAZON.COM SERVICES, INC.,
AMAZON.COM, INC., and GOLDEN STATE FC,
LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| XAVIER RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC., a Delaware corporation; AMAZON.COM, INC., a corporation; GOLDEN STATE FC, LLC, a Delaware limited liability corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. _____<br><br>ASSIGNED FOR ALL PURPOSES TO<br><br>**DECLARATION OF DANIEL SANDOVAL IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: July, 2019<br>(Riverside County Superior Court) |

## DECLARATION OF DANIEL SANDOVAL

I, Daniel Sandoval, declare as follows:

1. I am currently employed by Amazon Corporate, LLC in the position of Senior Human Resources Manager ("Sr. HRM"). I make this declaration in support of Defendants AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and GOLDEN STATE FC, LLC's Removal of the above-entitled Civil Action to Federal Court. All of the information set forth herein is based on my personal and first-hand knowledge, and/or based on documents created and kept, and practices conducted, in the regular course of Defendants' business. If called and sworn as a witness, I could and would competently testify thereto.

2. In my role as Sr. HRM, I am an authorized custodian of Amazon's records pertaining to human resources matters, including the dates individuals work for Amazon, dates of leaves of absence, their payroll records and time records, including base pay rates and hours worked as recorded by Amazon's electronic timekeeping system, and the collection and retention of employees' human resource packets (personnel files). I have reviewed the human resources packet and payroll/time records for Xavier Rodriguez, as well as his employment history maintained in the normal course of business and Amazon's human resources database.

3. Mr. Rodriguez was formerly employed by Amazon as a Fulfillment Associate, earning $ 12.25 per hour (or, as stated in his offer letter, $25,480 annualized based on 2,080 hours per year). He voluntarily resigned due to job abandonment on March 31, 2019. At the time of his resignation, he was earning $15.00 per hour. In the ten (10) months of his employment, he earned approximately, $16,340.23, exclusive of health and welfare benefits.

/ / /

/ / /

/ / /

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 14th day of October 2019, at Eastvale CA.

_____
DANIEL SANDOVAL

4840-8428-2536.1 090069.1214

2.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party of the within action. My business address is: 633 W. Fifth Street, 63rd Floor, Los Angeles, CA 90071.

On October 16, 2019, I served the foregoing document(s) described as **DECLARATION OF DANIEL SANDOVAL IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** on the interested parties as follows:

| | | |
|---|---|---|
| Charles C. Slater, Esq.<br>SLATER & ASSOCIATES, APLC<br>1111 W. Town & Country Rd.<br>Suite 30<br>Orange, CA 92868 | Tel: (657) 333-8090<br>Fax: (657) 288-4000<br>Email:<br>cslater@slateraplc.com | Attorneys for Plaintiff XAVIER RODRIGUEZ |

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA ELECTRONIC SUBMISSION)** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 16, 2019 at Los Angeles, California.

    Laura Aispuro  
   [Type or Print Name]                   [Signature]

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

CERTIFICATE OF SERVICE