1  **CHARLES C. SLATER, ESQ.  (SBN 166851)**
**SLATER & ASSOCIATES, APLC**
2  1111 W. Town & Country Rd., Suite 30
Orange, CA 92868
3  Telephone: (657) 333-8090
Facsimile: (657) 288-4000
4  cslater@slateraplc.com

5  Attorneys for Plaintiff XAVIER RODRIGUEZ

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  XAVIER RODRIGUEZ, an individual;               )   CASE NO: 5:19-cv-01984-SVW-SHK
                                                  )
12          Plaintiff,                            )   **COMPLAINT FOR DAMAGES:**
                                                  )
13                                                )   **1.  VIOLATION OF PAID SICK LEAVE**
                                                  )   **LAW**
14      vs.                                       )
                                                  )   **2.  DISABILITY DISCRIMINATION**
15                                                )
                                                  )   **3.  RETALIATION IN VIOLATION OF**
16  AMAZON.COM SERVICES, INC., a Delaware         )   **PUBLIC POLICY**
    corporation; AMAZON.COM, INC., a             )
17  corporation; GOLDEN STATE FC LLC, a          )   **4.  INTENTIONAL INFLICTION OF**
    Delaware limited liability company; and DOES 1 )   **EMOTIONAL DISTRESS**
18  through 100 Inclusive,                       )
                                                  )   **5.  NEGLIGENT INFLICTION OF**
19          Defendants.                           )   **EMOTIONAL DISTRESS**
                                                  )
20                                                )   **6.  WRONGFUL TERMINATION IN**
                                                  )   **VIOLATION OF PUBLIC POLICY**
21                                                )
                                                  )   **JURY TRIAL DEMANDED**
22                                                )
                                                  )
23  _____      )

24

25          Plaintiff  XAVIER  RODRIGUEZ  complains  against  the  Defendants  AMAZON.COM

26  SERVICES, INC., AMAZON.COM, INC., GOLDEN STATE FC LLC, and DOES 1 through

27  100 Inclusive (collectively "Defendants") and alleges as follows:

28

---

1

**COMPLAINT**

# I.     PARTIES

1.     At all times mentioned herein, Plaintiff Xavier Rodriguez was, and now is, a resident of the United States and a domiciliary of State of California. Plaintiff worked for Defendants as a Fulfillment Associate and picking items for Defendants to get them shipped to customers.

2.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein, Defendant Amazon.com Services, Inc. is a Delaware corporation authorized to do and is doing business in the City of Eastvale, County of Riverside, State of California.

3.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein, Defendant Amazon.com, Inc. is a corporation authorized to do and is doing business in the City of Eastvale, County of Riverside, State of California.

4.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein, Defendant Golden State FC LLC is a Delaware limited liability company that was/is doing business in the City of Eastvale, County of Riverside, State of California.  Golden State FC LLC's registration with the State of California was cancelled and its powers, rights and privileges have ceased in this State.

5.     Plaintiff is ignorant of the true names and capacities, whether corporate, associate, successor, alter ego, individual or otherwise, of Defendants sued herein as DOES 1 through 100, Inclusive, and therefore sues said Defendants, and each of them, by such fictitious names. Plaintiff will amend this Complaint to assert the true names and capacities of the fictitiously named Defendant(s) when the same have been ascertained. Plaintiff is informed and believes, and thereon alleges, that each Defendant designated as "DOES" herein is legally responsible for the events, happenings, acts, occurrences, indebtedness, damages and liabilities hereinafter

2

**COMPLAINT**

alleged and caused injuries and damages proximately thereby to the plaintiff, as hereinafter alleged.

6. Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein, each Defendant designated, including DOES 1-100, herein was the agent, managing agent, principal, owner, partner, joint venturer, joint employer, special employer, labor contractor, client employer, alter ego, representative, supervisor, manager, servant, employee, and/or co-conspirator of each of the other Defendants, and was at all times mentioned herein acting within the course and scope of agency and employment, and that all acts or omissions alleged herein were duly committed with the ratification, knowledge, permission, encouragement, authorization and consent of each Defendant designated herein.

7. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, directly employed or exercised control over Plaintiff's work.

## II. FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

8. Starting on or about May 29, 2018 and ending with Plaintiff's termination on or about March 30, 2019, Plaintiff worked as a Fulfillment Associate (aka "Picker") at Defendants' warehouse facility in Eastvale, California.

9. After Plaintiff's shift on March 24, 2019, he became ill and went to the Emergency Room at the hospital for medical treatment. Plaintiff was suffering from pneumonia and Dr. Karl Tanara stated in a doctor's note that Plaintiff was unable to work until March 28, 2019.

10. During Plaintiff's illness, he obtained an "Excuse for Absence" from Dr. Farah Almudhafar that said he was unable to work to March 31, 2019. Plaintiff provided both the initial doctor's note and Excuse for Absence to Defendants.

**COMPLAINT**

11.     On or about March 30, 2019, Defendants terminated Plaintiff's employment in retaliation for him seeking medical attention and due to Defendants' discrimination against Plaintiff for his medical condition.

12.     Plaintiff then filed an internal appeal with Defendants requesting to be reinstated. A panel for Defendants upheld the decision to terminate Plaintiff for what they called "job abandonment," when in fact Plaintiff was ill and did not abandon his job.

13.     On July 9, 2019, Plaintiff filed a California Fair Employment and Housing Act ("FEHA") claim. That same day, Plaintiff obtained a Right to Sue letter regarding this matter from the Department of Fair Employment and Housing. (**Exhibit A** – DFEH complaint and right to sue letter.)

## FIRST CAUSE OF ACTION

### (For Violation of Paid Sick Leave Law against All Defendants)

14.     Plaintiff realleges and incorporates by reference all of the allegations set forth previously in this complaint.

15.     Per California Labor Code § 246.5, subd. (c)(1), an employer shall not deny an employee the right to use accrued sick days, discharge, threaten to discharge, demote, suspend, or in any manner discriminate against an employee for using accrued sick days, or attempting to exercise the right to use accrued sick days.

16.     Plaintiff attempted to use his paid sick leave when he was ill and received medical treatment. Plaintiff timely notified to Defendants about his illness and that he would be out for a few days. Plaintiff provided Defendants with medical documentation.

17.     Defendant violated the law by terminating and/or discriminating against Plaintiff for using accrued sick days, or attempting to exercise the right to use accrued sick days.

18.     As a direct and proximate result of Defendants' conduct, Plaintiff was caused to suffer, and continues to suffer, from humiliation, anxiety, severe emotional distress, worry, fear, and special damages (to include lost wages), all to Plaintiff's special and general damage according to proof at the time of trial.

## SECOND CAUSE OF ACTION

### (For Disability Discrimination against All Defendants)

19.     Plaintiff realleges and incorporates by reference all of the allegations set forth previously in this complaint.

20.     Due to Plaintiff's medical condition as set forth above, Plaintiff was/is a member of the class of persons protected from disability discrimination under California Government Code § 12940(a).

21.     Upon learning about Plaintiff's illness/medical condition, and not wanting to accommodate him for medical care, treatment, and recuperation, on or about March 30, 2019, Defendants terminated Plaintiff in violation of the law.

22.     As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and continues to suffer substantial losses in income, earnings, and benefits and has been damaged in his capacity to earn a salary, and he has lost and will continue to lose employment benefits.

23.     As a direct and proximate result of Defendants' conduct, Plaintiff has suffered severe emotional distress and other injury to his person, all to his damage in a sum within the jurisdiction of this Court and to be shown according to proof at trial.

///

///

24.     The aforementioned acts of Defendants, and each of them, were willful, wanton, malicious, intentional, oppressive and despicable and were done in willful and conscious disregard of the rights, welfare and safety of Plaintiff, and were done by managerial agents and employees of Defendants and DOES 1 through 100, and with the express knowledge, consent, and ratification of managerial agents and employees of Defendants and DOES 1 through 100, thereby justifying the awarding of punitive and exemplary damages in an amount to be determined at the time of trial.

25.     As a result of Defendants' conduct, and each of them, as alleged herein, Plaintiff is entitled to reasonable attorneys' fees and costs of said suit as specifically provided in California Government Code.

## THIRD CAUSE OF ACTION

**(For Retaliation in Violation of Public Policy against All Defendants)**

26.     Plaintiff realleges and incorporates by reference all of the allegations set forth previously in this complaint.

27.     Defendants' adverse actions taken against Plaintiff as set forth herein occurred in retaliation for Plaintiff being ill and seeking medical treatment as hereinabove alleged. Such actions are and were unlawful, discriminatory and retaliatory in violation of California Govt. Code § 12940 et seq. and resulted in damages and injury to Plaintiff, as alleged herein, including but not limited to lost wages and benefits.

28.     As a direct and proximate result of Defendants' conduct, Plaintiff was caused to suffer, and continues to suffer, from humiliation, anxiety, severe emotional distress, worry, fear, and special damages (to include lost wages), all to Plaintiff's special and general damage according to proof at the time of trial.

**COMPLAINT**

29.     The aforementioned acts of Defendants, and each of them, were willful, wanton, malicious, intentional, oppressive and despicable and were done in willful and conscious disregard of the rights, welfare and safety of Plaintiff, and were done by managerial agents and employees of Defendants and with the express knowledge, consent, and ratification of managerial agents and employees of Defendants, thereby justifying the awarding of punitive and exemplary damages in an amount to be determined at the time of trial.

30.     As a result of Defendants' conduct, and each of them, as alleged herein, Plaintiff is entitled to reasonable attorneys' fees and costs of said suit as specifically provided in California Government Code.

## FOURTH CAUSE OF ACTION

### (For Intentional Infliction of Emotional Distress against All Defendants)

31.     Plaintiff realleges and incorporates by reference all of the allegations set forth previously in this complaint.

32.     Plaintiff is informed and believes, and thereon alleges, that Defendants' actions stated herein were intentional, extreme and outrageous.

33.     Defendants' actions were done with the intent to cause serious emotional distress to Plaintiff or with reckless disregard of the probability of causing Plaintiff serious emotional distress.

34.     As a direct, legal and proximate result of Defendants' actions, Plaintiff suffered severe emotional distress which caused him to sustain severe, serious and permanent injuries to his person, all to his damage in a sum to be shown according to proof.

35.     As a direct and proximate result of Defendants' conduct, Plaintiff was caused to suffer, and continues to suffer, from humiliation, anxiety, severe emotional distress, worry, fear,

and special damages (to include lost wages), all to Plaintiff's special and general damage according to proof at the time of trial.

36.     The aforementioned acts of Defendants, and each of them, were willful, wanton, malicious, intentional, oppressive and despicable and were done in willful and conscious disregard of the rights, welfare and safety of Plaintiff, and were done by managerial agents and employees of Defendants and with the express knowledge, consent, and ratification of managerial agents and employees of Defendants, thereby justifying the awarding of punitive and exemplary damages in an amount to be determined at the time of trial.

## FIFTH CAUSE OF ACTION

### (For Negligent Infliction of Emotional Distress against All Defendants)

37.     Plaintiff realleges and incorporates by reference all of the allegations set forth previously in this complaint.

38.     Defendants owed Plaintiff a duty of care not to permit the actions described in this complaint, including but not limited to the wrongful termination and discrimination to which Plaintiff was subjected.

39.     Plaintiff was deprived of reasonable accommodation, discriminated against and wrongfully terminated based at least in part upon his illness, perceived disability and for suffering a serious medical condition. Plaintiff was deprived of his right to be from discrimination and Defendants violated FEHA by their illegal conduct toward Plaintiff.

40.     Defendants knew or should have known that their conduct would cause Plaintiff severe emotional distress.

41.     As a direct and proximate result of Defendants' conduct, Plaintiff was caused to suffer, and continues to suffer, from humiliation, anxiety, severe emotional distress, worry, fear,

and special damages (to include lost wages), all to Plaintiff's special and general damage according to proof at the time of trial.

### SIXTH CAUSE OF ACTION

**(For Wrongful Termination in Violation of Public Policy against All Defendants)**

42.     Plaintiff realleges and incorporates by reference all of the allegations set forth previously in this complaint.

43.     In violation of public policy expressed in California law, Defendants illegally terminated Plaintiff's employment in retaliation for him being ill and seeking medical attention and due to Defendants' discrimination against Plaintiff for his medical condition.

44.     As a direct and proximate result of Defendants' wrongful termination, Plaintiff was caused to suffer, and continues to suffer, from humiliation, anxiety, severe emotional distress, worry, fear, and special damages (to include lost wages), all to Plaintiff's special and general damage according to proof at the time of trial.

45.     The aforementioned acts of Defendants, and each of them, were willful, wanton, malicious, intentional, oppressive and despicable and were done in willful and conscious disregard of the rights, welfare and safety of Plaintiff, and were done by managerial agents and employees of Defendants and with the express knowledge, consent, and ratification of managerial agents and employees of Defendants, thereby justifying the awarding of punitive and exemplary damages in an amount to be determined at the time of trial.

46.     As a result of Defendants' conduct, and each of them, as alleged herein, Plaintiff is entitled to reasonable attorneys' fees and costs of said suit as specifically provided by law.

///

///

WHEREFORE, Plaintiff Xavier Rodriguez prays for judgment against Defendants, and each of them, as follows:

1. For general damages in an amount within the jurisdictional limits of this Court;

2. For loss of earnings, according to proof;

3. For loss earning capacity, according to proof;

4. For reasonable attorneys' fees and costs of said suit, according to proof;

5. For prejudgment interest according to proof;

6. For punitive and exemplary damages, according to proof; and

7. For such other and further relief as the court may deem just and proper.

DATED: October 24, 2019                    **SLATER & ASSOCIATES, APLC**

By:_____
CHARLES C. SLATER, ESQ.
Attorneys for Plaintiff
XAVIER RODRIGUEZ

**COMPLAINT**

EXHIBIT "A"



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

July 9, 2019

Charles Slater
1111 W. Town And Country Road
Orange, California 92868

RE:   **Notice to Complainant's Attorney**
DFEH Matter Number: 201907-06774909
Right to Sue: Rodriguez / Amazon.com Services, Inc. et al.

Dear Charles Slater:

Attached is a copy of your complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also attached is a copy of your Notice of Case Closure and Right to Sue.

**Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.** You must serve the complaint separately, to all named respondents. Please refer to the attached Notice of Case Closure and Right to Sue for information regarding filing a private lawsuit in the State of California. A courtesy "Notice of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the DFEH does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,


Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency          GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**          KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

July 9, 2019

RE:     **Notice of Filing of Discrimination Complaint**
        DFEH Matter Number: 201907-06774909
        Right to Sue: Rodriguez / Amazon.com Services, Inc. et al.

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the
Department of Fair Employment and Housing (DFEH) in accordance with Government
Code section 12960. This constitutes service of the complaint pursuant to Government
Code section 12962. The complainant has requested an authorization to file a lawsuit.
This case is not being investigated by DFEH and is being closed immediately. A copy of
the Notice of Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their contact
information.

No response to DFEH is requested or required.

Sincerely,


Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

July 9, 2019

Xavier Rodriguez
4674 Tomlinson Ave.
Riverside, California 92503

RE:   **Notice of Case Closure and Right to Sue**
      DFEH Matter Number: 201907-06774909
      Right to Sue: Rodriguez / Amazon.com Services, Inc. et al.

Dear Xavier Rodriguez,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective July 9, 2019 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**
**BEFORE THE STATE OF CALIFORNIA**
**DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Xavier Rodriguez                                      DFEH No. 201907-06774909

Complainant,

vs.

Amazon.com Services, Inc.
410 Terry Avenue North
Seattle, Washington 98109

Amazon.com, Inc.
410 Terry Ave N.
Seattle, Washington 98109

Golden State FC LLC
410 Terry Ave. N.
Seattle, Washington 98109

Respondents

1. Respondent **Amazon.com Services, Inc.** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant **Xavier Rodriguez**, resides in the City of **Riverside** State of **California.**

3. Complainant alleges that on or about **March 31, 2019**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's family care or medical leave (cfra) (employers of 50 or more people), disability (physical or mental).

**Complainant was discriminated against** because of complainant's family care or medical leave (cfra) (employers of 50 or more people), disability (physical or mental) and as a result of the discrimination was terminated.

-1-
*Complaint – DFEH No. 201907-06774909*

Date Filed: July 9, 2019

1

2    **Complainant experienced retaliation** because complainant requested or used
     leave under the california family rights act or fmla (employers of 50 or more people)
3    and as a result was terminated.

4

5    **Additional Complaint Details:** Respondents Amazon.com, Inc., Amazon.com
     Services, Inc., and Golden State FC LLC employed Complainant Xavier Rodriguez
6    as a Fulfillment Associate. Mr. Rodriguez became ill and unable to work from about
     March 24, 2019 to March 31, 2019 and treated with a doctor. Mr. Rodriguez
7    provided the doctor's note to Respondents, nevertheless Respondents unlawfully
     terminated Mr. Rodriguez on or about March 31, 2019.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                         -2-
                              *Complaint – DFEH No. 201907-06774909*

28   Date Filed: July 9, 2019

1 | VERIFICATION

2 | I, **Charles C. Slater, Esq.**, am the **Attorney** in the above-entitled complaint.  I have
3 | read the foregoing complaint and know the contents thereof.  The matters alleged are
based on information and belief, which I believe to be true.

4 |
5 | On July 9, 2019, I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

6 |                                                                                                  **Orange, CA**

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

-3-
*Complaint – DFEH No. 201907-06774909*

27 |

28 | Date Filed: July 9, 2019